UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**RICARDO W. GLOVER,**
    **Plaintiff,**

v.                                                                         Case No. 16-C-1048

**JOHN LITSCHER,** *et al.***,**
    **Defendants.**

---

## ORDER

On March 17, 2020, the court conducted a status conference in this case. **IT IS ORDERED** that the plaintiff shall file an amended complaint naming Dr. Holzmacher as a defendant and stating the claim against him on or before May 18, 2020. Any responsive pleading or motion shall be filed consistent with Fed. R. Civ. P. 12.

Dated at Milwaukee, Wisconsin, this 17th day of March, 2020.

                                                    s/Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge