# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICARDO GLOVER,**
    **Plaintiff,**

  v.                                                    Case No. 16-C-1048

**JON LITSCHER,** *et al.*,
    **Defendants.**

## ORDER

On March 17, 2020, I ordered plaintiff to file an amended complaint, on or before May 18, 2020, if he wanted to continue prosecuting this case. *See* ECF Nos. 151-52. On May 14, 2020, I extended the deadline to file by 60 days. *See* ECF No. 153. As of today, plaintiff still has not filed his amended complaint or otherwise communicated with the court. Given that defendants have expended substantial resources over the past four years to defend this case, I will dismiss this case with prejudice for lack of prosecution. *See* Civ. L. R. 41(c) (E.D. Wis.) ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action…the Court may enter an order of dismissal with or without prejudice.") Accordingly,

**IT IS ORDERED** that this action is **DISMISSED** with prejudice for lack of prosecution. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 21st day of July, 2020.

                                                        s/Lynn Adelman_____
                                                        LYNN ADELMAN
                                                        United States District Judge