# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

RICARDO GLOVER,
    Plaintiff

    v.                    CASE NUMBER: 16-CV-1048

JON LISCHER et al.,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice for lack of prosecution.

7/21/20
Date

Gina M. Colletti
Clerk

s/J. Dreckmann
(By) Deputy Clerk